ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                    )
                                               )
Sterling Design Inc.                           )    ASBCA Nos. 61602, 62057
                                               )
Under Contract No. FA8250-15-M-0039            )

APPEARANCE FOR THE APPELLANT:          Matthew R. Keller, Esq.
                                         Praemia Law, PLLC
                                         Reston, VA

APPEARANCES FOR THE GOVERNMENT:        Jeffrey P. Hildebrant, Esq.
                                         Air Force Deputy Chief Trial Attorney
                                       Danielle A. Runyan, Esq.
                                       Lt Col Damund E. Williams, USAF
                                       Josephine R. Farinelli, Esq.
                                         Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE STINSON

As reflected in the parties June 2, 2021, Joint Request for Entry of Consent Judgment, the parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $43,000. This amount is inclusive of interest. No further interest shall be paid.

Dated: June 9, 2021

_____
DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                                    I concur


RICHARD SHACKLEFORD                                         OWEN C. WILSON
Administrative Judge                                        Administrative Judge
Acting Chairman                                             Vice Chairman
Armed Services Board                                        Armed Services Board
of Contract Appeals                                         of Contract Appeals


       I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 61602, 62057, Appeals of
Sterling Design Inc., rendered in conformance with the Board's Charter.

       Dated:  June 9, 2021


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals


2